SAMUEL KOHN, Appellant, v. JENNIE KOHN, Respondent.

*Real property — title — action to acquire half interest in real property.*

*Kohn* v. *Kohn*, 204 App. Div. 899, affirmed.

(Argued June 7, 1923; decided July 13, 1923.)

APPEAL from a judgment entered January 10, 1923, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to establish plaintiff's right to a half interest in certain premises in the borough of Brooklyn and to certain credits, profits and income in connection therewith.

*Almet F. Jenks, Almet F. Jenks, Jr.,* and *Henry Pearlman* for appellant.

*Sidney A. Clarkson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

HELEN O'REILLY, Appellant, v. CITY OF NEW YORK, Respondent.

NELLIE ANGLIN, Appellant, v. CITY OF NEW YORK, Respondent.

*Negligence — New York city — collision of bus with telegraph pole — action to recover for personal injuries.*

*O'Reilly* v. *City of New York*, 205 App. Div. 888, affirmed.

*Anglin* v. *City of New York*, 205 App. Div. 888, affirmed.

(Argued June 7, 1923; decided July 13, 1923.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 2, 1923, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The actions were to recover for personal injuries alleged to have been sustained by plaintiffs

through the negligence of defendant. The essential allegations with respect to both causes of action were that the plaintiffs while passengers upon a motor bus were severely injured when said bus ran into and collided with a telegraph or other pole on Clove road, Staten Island, N. Y. The defendant's answers denied ownership, operation or control of the motor bus, and denied the maintenance of the nuisance alleged.

*Bertram G. Eadie* and *Guy O. Walser* for appellants.

*George P. Nicholson, Corporation Counsel (John F. O'Brien, Willard S. Allen* and *George E. Draper* of counsel), for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Not voting: HISCOCK, Ch. J. Dissenting: CRANE, J.

---

THE CITY OF NEW YORK, Appellant, *v.* NEW YORK TELEPHONE COMPANY, Respondent.

*Public service corporations — telephone companies — action to restrain collection of increased rates — complaint dismissed.*

*City of New York* v. *N. Y. Telephone Co.,* 202 App. Div. 796, affirmed.

(Argued June 8, 1923; decided July 13, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1922, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought to restrain the defendant from enforcing or collecting an increase in its rates in New York city, which had been consented to by the public service commission.

*George P. Nicholson, Corporation Counsel (M. Maldwin Fertig* and *Harry Hertzoff* of counsel), for appellant.

*Edward L. Blackman* and *Charles T. Russell* for respondent.